# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139460

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TERESITA BELIGANO,
        Plaintiff,

v                                                            SC: 139460
                                                             AGC: 2469/08

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
                Clerk

s1116